**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: FLORES, PETE V | § Case No. 10-75035 |
| FLORES, LORNA A | § |
| | § |
| Debtor(s) ACANTILADO, LORNA | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/26/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____   By: ___/s/ STEPHEN G. BALSLEY____
  Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FLORES, PETE V § Case No. 10-75035
 FLORES, LORNA A §
 §
Debtor(s) ACANTILADO, LORNA §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $ 17,372.00

*and approved disbursements of* $ 39.30

*leaving a balance on hand of* [1] $ 17,332.70

**Balance on hand:** $ 17,332.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 17,332.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,487.20 | 0.00 | 2,487.20 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 4,412.00 | 0.00 | 4,412.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 9.20 | 0.00 | 9.20 |

Total to be paid for chapter 7 administration expenses: $ 6,908.40
Remaining balance: $ 10,424.30

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,424.30

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 10,424.30

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,298.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,651.04 | 0.00 | 1,045.76 |
| 2 | Nicor Gas | 31.21 | 0.00 | 4.91 |
| 3 | PYOD LLC its successors and assigns as assignee of | 14,711.65 | 0.00 | 2,313.15 |
| 4 | PYOD LLC its successors and assigns as assignee of | 3,299.56 | 0.00 | 518.80 |
| 5 | Chase Bank USA, N.A. | 8,037.11 | 0.00 | 1,263.69 |
| 6 | American InfoSource LP as agent for Citibank N.A. | 12,455.25 | 0.00 | 1,958.37 |
| 7 | Capital Recovery IV LLC | 1,250.52 | 0.00 | 196.62 |
| 8 | FIA Card Services, NA/Bank of America | 16,847.58 | 0.00 | 2,648.99 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | FIA Card Services, NA/Bank of America | 3,014.72 | 0.00 | 474.01 |

Total to be paid for timely general unsecured claims: $ 10,424.30
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-75035-MB
Pete V Flores                                                       Chapter 7
Lorna A Flores
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman            Page 1 of 2           Date Rcvd: Oct 06, 2011
                              Form ID: pdf006           Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2011.
```
db/jdb     +Pete V Flores,    Lorna A Flores,    2915 Lark Rise,    Rockford, IL 61114-6699
16257277   +Aes/natl Col,   Po Box 2641,    Harrisburg, PA 17105-2641
16257278   +Aes/nct,   P.O.Box 2461,    Harrisburg, PA 17105-2461
16257279   +Amcore Bank N A,    501 7th St,    Rockford, IL 61104-1299
16257280   +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
17542559    American InfoSource LP as agent for Citibank N.A.,     PO Box 248840,
             Oklahoma City, OK  73124-8840
16257282   +Amex,    c/o Beckett & Lee,    Po Box 3001,   Malvern, PA 19355-0701
16257283   +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16257285   +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16257286   +Blatt, Hassenmiller, Leibsker,    & Moore LLC,    125 South Wacker Dr, Suite 400,
             Chicago, IL 60606-4440
16257287   +Blitt and Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
16257289   +Charter One Auto Finance,    Attn: Bankruptcy,    480 Jefferson Blvd,    Warwick, RI 02886-1359
16257290   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16257291   +Chase - Cc,    Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850-5298
16564785    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16257292   +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
             Columbus, OH 43219-6009
16257293   +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16257294   +Citibank Usa,   Attn: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
16257295   +Citibankna,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16257296   +Citizens Bank,    Attn: Bankruptcy,    480 Jefferson Blvd,    Warwick, RI 02886-1359
16257297    Creditors Interchange,    PO Box 1335,    Buffalo, NY 14240-1335
16257298   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
            (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,    Po Box 81577,
             Austin, TX 78708)
16257300   +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
             Grand Rapids, MI 49546-6210
16257301   +First Usa Bank N A,    3565 Piedmont Rd Ne,    Atlanta, GA 30305-8202
16257302   +First Usa Bank N A,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16257310   +Hsbc/rs,   Pob 15521,    Wilmington, DE 19850-5521
16257313   +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
16257316    NCO Financial Systems,    PO Box 15456,    Wilmington, DE 19850-5456
16257315   +Nbgl Bergner,    331 W Wisconsin,    Milwaukee, WI 53203-2201
16257318   +Prsm/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16257319   +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
16257321   +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
16257320   +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16257322   +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195-0507
16257323   +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
16257303   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: Firstar,    c/o US Bank Bankruptcy Dept,    Po Box 5229,
             Cincinnati, OH 45201)
16257324   +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16257325   +Visdsnb,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
16257327   ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
            (address filed with court: Wachovia,     Po Box 3117,    Winston Salem, NC 27102)
16257328   +WFNNB,    Po Box 182686,    Columbus, OH 43218-2686
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16257281     E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 07 2011 01:34:51     American Honda Finance,
              Attn: Bankruptcy,    3625 West Royal Lane Suite 200,    Irving, TX 75063
16602127     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 07 2011 03:40:54
              American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
16257288    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 07 2011 03:40:54     Capital One, N.a.,
              C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16660598     E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2011 03:42:19     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16471112     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2011 03:41:25     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16257299    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2011 03:41:25     Discover Fin,
              Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16834107     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 07 2011 03:40:54
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
16257304    +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18     GEMB / HH Gregg,
              Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
16257305    +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18     Gemb/jcp,    Attention: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0752-3          User: cbachman              Page 2 of 2                  Date Rcvd: Oct 06, 2011
                              Form ID: pdf006             Total Noticed: 59


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16257306      +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18      Gemb/l & T,    Po Box 981400,
               El Paso, TX 79998-1400
16257308      +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18      Gemb/sams Club Dc,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
16257309       E-mail/Text: agency@greystonealliance.com Oct 07 2011 01:36:46      Greystone Alliance LLC,
               PO Box 1810,    Buffalo, NY 14240-1810
16257311      +E-mail/PDF: cr-bankruptcy@kohls.com Oct 07 2011 03:42:12      Kohls,    Attn: Recovery Dept,
               Po Box 3120,    Milwaukee, WI 53201-3120
16257312      +E-mail/Text: resurgentbknotifications@resurgent.com Oct 07 2011 01:33:15      Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
16257314      +E-mail/Text: brenden.magnino@mcmcg.com Oct 07 2011 01:34:05      Midland Credit Management,
               Po Box 939019,    San Diego, CA 92193-9019
16257317      +E-mail/Text: bankrup@nicor.com Oct 07 2011 01:33:23      Nicor Gas,
               Attention:   Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
16516623      +E-mail/Text: bankrup@nicor.com Oct 07 2011 01:33:23      Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
16524146      +E-mail/Text: resurgentbknotifications@resurgent.com Oct 07 2011 01:33:15
               PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16257326      +E-mail/Text: vci.bkcy@vwcredit.com Oct 07 2011 01:34:27      Volkswagon Credit Inc,
               c/o Brice, Vander, Linden and Wernick PC,    9441 Lbj Freeway Suite 250,    Dallas, TX 75243-4640
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16257307*     +Gemb/l&t,    Po Box 981400,    El Paso, TX 79998-1400
16257284     ##+Bank Of America,    Po Box 15026,    Wilmington, DE 19850-5026
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2011**                    **Signature:**   *Joseph Speetjens*