# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: FLORES, PETE V                      § Case No. 10-75035
     FLORES, LORNA A                     §
                                         §
Debtor(s) ACANTILADO, LORNA                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $350,480.10  *(without deducting any secured claims)* | Assets Exempt: $175,023.19 |
| Total Distribution to Claimants: $10,424.30 | Claims Discharged Without Payment: $96,998.34 |
| Total Expenses of Administration: $6,947.70 | |

    3) Total gross receipts of $ 17,372.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,372.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $202,478.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,947.70 | 6,947.70 | 6,947.70 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 104,352.00 | 66,298.64 | 66,298.64 | 10,424.30 |
| **TOTAL DISBURSEMENTS** | $306,830.00 | $73,246.34 | $73,246.34 | $17,372.00 |

    4) This case was originally filed under Chapter 7 on October 11, 2010. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2012    By: /s/STEPHEN G. BALSLEY
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account with Chase | 1129-000 | 15,642.94 |
| Savings account with Chase Acct #: xxxxxxxxxx33 | 1129-000 | 150.00 |
| Checking Account at Amcore Bank | 1129-000 | 1,578.00 |
| Interest Income | 1270-000 | 1.06 |
| **TOTAL GROSS RECEIPTS** | | **$17,372.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 202,478.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$202,478.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,487.20 | 2,487.20 | 2,487.20 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 4,412.00 | 4,412.00 | 4,412.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 9.20 | 9.20 | 9.20 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 19.10 | 19.10 | 19.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 20.20 | 20.20 | 20.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,947.70 | 6,947.70 | 6,947.70 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,919.00 | 6,651.04 | 6,651.04 | 1,045.76 |
| 2 | Nicor Gas | 7100-000 | 28.00 | 31.21 | 31.21 | 4.91 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 14,711.00 | 14,711.65 | 14,711.65 | 2,313.15 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 3,299.56 | 3,299.56 | 518.80 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 8,037.00 | 8,037.11 | 8,037.11 | 1,263.69 |
| 6 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | 12,455.00 | 12,455.25 | 12,455.25 | 1,958.37 |
| 7 | Capital Recovery IV LLC | 7100-000 | 1,217.00 | 1,250.52 | 1,250.52 | 196.62 |
| 8 | FIA Card Services, NA/Bank of America | 7100-000 | 16,847.00 | 16,847.58 | 16,847.58 | 2,648.99 |
| 9 | FIA Card Services, NA/Bank of America | 7100-000 | 3,014.00 | 3,014.72 | 3,014.72 | 474.01 |
| NOTFILED | Gemb/sams Club Dc | 7100-000 | 138.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/sams Club Dc | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/sams Club Dc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 1,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/l&t | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / HH Gregg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Firstar c/o US Bank Bankruptcy Dept | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / HH Gregg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/l & T | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 6,302.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/citi | 7100-000 | 3,299.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell Oil / Citibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tnb-visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Visdsnb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Volkswagon Credit Inc c/o Brice, Vander, Linden and | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Volkswagon Credit Inc c/o Brice, Vander, Linden and | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Prsm/cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nbgl Bergner | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rnb-fields3 | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rnb-fields3 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 167.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Rnb-fields3 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 3,554.00 | N/A | N/A | 0.00 |
| NOTFILED | Nbgl Bergner | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aes/nct | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee LLP | 7100-000 | 17.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex c/o Beckett & Lee | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aes/nct | 7100-000 | 22,774.00 | N/A | N/A | 0.00 |
| NOTFILED | Aes/natl Col | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase - Cc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibankna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 38.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. C/O American Infosource | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Charter One Auto Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Fifth Third Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 104,352.00 | 66,298.64 | 66,298.64 | 10,424.30 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75035  
**Case Name:** FLORES, PETE V  
               FLORES, LORNA A  
**Period Ending:** 02/08/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/11/10 (f)  
**§341(a) Meeting Date:** 11/15/10  
**Claims Bar Date:** 02/22/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residential real estate located at 2915, Rockfor | 174,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Vacant Lot in Flagler County, Florida  Order to Abandon Property entered August 10, 2011. | 12,000.00 | 6,000.00 | OA | 0.00 | FA |
| 3 | Checking account with Chase Acct #: xxxxxxxxxx0 | 1,635.97 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with Chase | 15,642.94 | 15,642.94 | DA | 15,642.94 | FA |
| 5 | Savings account with Chase Acct #: xxxxxxxxxx33 | 150.00 | 150.00 | DA | 150.00 | FA |
| 6 | Checking account with Amcore Bank Acct #: xxx061 | 1,150.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking Account at Amcore Bank | 1,578.00 | 1,578.00 | DA | 1,578.00 | FA |
| 8 | Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Personal used clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | ING - Term Life Insurance - no cash surrender va | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA with Chase | 91,576.95 | 0.00 | DA | 0.00 | FA |
| 12 | IRA with Chase | 26,531.59 | 0.00 | DA | 0.00 | FA |
| 13 | 401(k) with John Hancock | 3,546.65 | 0.00 | DA | 0.00 | FA |
| 14 | IRA with Chase Bank | 10,068.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2002 Mercedes-Benz ML320 with 40,000 miles | 11,100.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.06 | FA |
| 16 | Assets Totals (Excluding unknown values) | **$350,480.10** | **$23,370.94** | | **$17,372.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 1, 2011      **Current Projected Date Of Final Report (TFR):**   August 25, 2011  (Actual)

Printed: 02/08/2012 10:05 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 10-75035 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | FLORES, PETE V | | **Bank Name:** | The Bank of New York Mellon |
| | FLORES, LORNA A | | **Account:** | 9200-******28-65 - Money Market Account |
| **Taxpayer ID #:** | **-***8027 | | **Blanket Bond:** | $373,000.00 (per case limit) |
| **Period Ending:** | 02/08/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/31/10 | | Pete and Lorna Flores | Non-exempt bank account funds | | | 17,370.94 | | 17,370.94 |
| | {4} | | Payment of non-exempt bank account funds | 15,642.94 | 1129-000 | | | 17,370.94 |
| | {5} | | Payment of non-exempt bank account funds | 150.00 | 1129-000 | | | 17,370.94 |
| | {7} | | Payment of non-exempt bank account funds | 1,578.00 | 1129-000 | | | 17,370.94 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.13 | | 17,371.07 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.13 | | 17,371.20 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,371.34 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,371.48 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,371.62 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-75035 | | 2300-000 | | 19.10 | 17,352.52 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,352.66 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,352.80 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 20.20 | 17,332.60 |
| 08/24/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.10 | | 17,332.70 |
| 08/24/11 | | To Account #9200******2866 | Transfer funds from MMA to Checking Account | | 9999-000 | | 17,332.70 | 0.00 |
| | | | ACCOUNT TOTALS | | | 17,372.00 | 17,372.00 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 17,332.70 | |
| | | | Subtotal | | | 17,372.00 | 39.30 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$17,372.00** | **$39.30** | |

{} Asset reference(s)                                                                                                      Printed: 02/08/2012 10:05 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-75035  
**Case Name:** FLORES, PETE V  
FLORES, LORNA A  
**Taxpayer ID #:** **-***8027  
**Period Ending:** 02/08/12

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/11 | | From Account #9200******2865 | Transfer funds from MMA to Checking Account | 9999-000 | 17,332.70 | | 17,332.70 |
| 10/26/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $4,412.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,412.00 | 12,920.70 |
| 10/26/11 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $9.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 9.20 | 12,911.50 |
| 10/26/11 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,487.20, Trustee Compensation; Reference: | 2100-000 | | 2,487.20 | 10,424.30 |
| 10/26/11 | 104 | Discover Bank | Dividend paid 15.72% on $6,651.04; Claim# 1; Filed: $6,651.04; Reference: | 7100-000 | | 1,045.76 | 9,378.54 |
| 10/26/11 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 15.72% on $14,711.65; Claim# 3; Filed: $14,711.65; Reference: | 7100-000 | | 2,313.15 | 7,065.39 |
| 10/26/11 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid 15.72% on $3,299.56; Claim# 4; Filed: $3,299.56; Reference: | 7100-000 | | 518.80 | 6,546.59 |
| 10/26/11 | 107 | Chase Bank USA, N.A. | Dividend paid 15.72% on $8,037.11; Claim# 5; Filed: $8,037.11; Reference: | 7100-000 | | 1,263.69 | 5,282.90 |
| 10/26/11 | 108 | American InfoSource LP as agent for Citibank N.A. | Dividend paid 15.72% on $12,455.25; Claim# 6; Filed: $12,455.25; Reference: | 7100-000 | | 1,958.37 | 3,324.53 |
| 10/26/11 | 109 | Capital Recovery IV LLC | Dividend paid 15.72% on $1,250.52; Claim# 7; Filed: $1,250.52; Reference: | 7100-000 | | 196.62 | 3,127.91 |
| 10/26/11 | 110 | FIA Card Services, NA/Bank of America | Dividend paid 15.72% on $16,847.58; Claim# 8; Filed: $16,847.58; Reference: | 7100-000 | | 2,648.99 | 478.92 |
| 10/26/11 | 111 | FIA Card Services, NA/Bank of America | Dividend paid 15.72% on $3,014.72; Claim# 9; Filed: $3,014.72; Reference: | 7100-000 | | 474.01 | 4.91 |
| 10/26/11 | 112 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.91 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 17,332.70 | 17,332.70 | $0.00 |
| Less: Bank Transfers | 17,332.70 | 0.00 | |
| **Subtotal** | 0.00 | 17,332.70 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$17,332.70** | |

{} Asset reference(s)

Printed: 02/08/2012 10:05 AM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-75035  
**Case Name:** FLORES, PETE V  
FLORES, LORNA A  
**Taxpayer ID #:** **-***8027  
**Period Ending:** 02/08/12  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******28-65 | 17,372.00 | 39.30 | 0.00 |
| Checking # 9200-******28-66 | 0.00 | 17,332.70 | 0.00 |
|  | $17,372.00 | $17,372.00 | $0.00 |

{} Asset reference(s)

Printed: 02/08/2012 10:05 AM V.12.57